UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

MARCIA LORRAINE MADDEN

2951 Satellite Blvd., N. W. #331

Duluth, Georgia 30096-2332

770-476-4858

v

UNITED STATES OF AMERICA (**United States Attorney General (Honorable Alfred Gonzalez**): 950 Pennsylvania Ave., N. W., Washington, D. C. 20530; **United States Attorney for the District of Columbia**: 555 4th Street., N. W., Washington, D. C. 20001; **Department of the Air Force (SAF/IGO)**: 1140 Air Force Pentagon, Washington, D. C. 20330-1140; **Department of the Air Force (AFMOA/SGZC)**: 110 Luke Avenue, Bolling AFB, D. C. 20332-7050; **Department of the Air Force (366th MDG/MHAFB Hospital)**: 90 Hope Drive, Mountain Home, Idaho 83648; **Department of Veterans Affairs (Atlanta VAMC/William Thigpen)**: 1700 Clairmont Road, Decatur, Georgia 30033-4032; **Department of Veterans Affairs (EEOC/MEO)**: 801 Vermont Avenue, N. W., Washington, D. C. 20420; **Community General Hospital (Department of Risk Management)**: 4900 Broad Street, Syracuse, New York 13215; **Grady Health System (Department of Risk Management)**: 48th Armstrong Hall, 2nd Floor, 80 Jesse Hill Drive, S. E., Atlanta, Georgia 30303-3050; **Georgia State Attorney General's Office (Honorable Thurbert Baker)**: 40 Capitol Square S. W., Atlanta, Georgia 30334; **National Council of State Boards of Nursing**: 676 North St. Clair Street, Suite 550, Chicago, Illinois 60661-2921

RECEIVED

MAR 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff, Marcia L. Madden, pro se attorney, complaining of the defendant (s), alleges as follows: Medical Malpractice/Negligence/Personal Injuries/Unlawful Employment Discrimination/Civil Rights Violation in a Verified Civil Complaint

1. Marcia L. Madden is a resident of the State of Georgia, residing in the County of Gwinnett at 2951 Satellite Blvd., N. W., Apt.#331, Duluth, Georgia 30096. Ph#770-676-6858.

2. Upon information and belief, this is a multiple district litigation against the above-named defendant (s) head-quartered in the District of Columbia, Washington, D.C. The bill of particulars in this civil action suit originates in the New York State Division of Human Rights located at 333 East Washington Street, Syracuse, N.Y., 3202; Onondaga county and the New York District Office located in New York, New York.

## AS AND FOR A FIRST CAUSE OF ACTION

3. Marcia L. Madden repeats and realleges paragraphs 1-2 as though more fully stated herein.

4. That in accordance with Article 15, Title VII, her civil rights was violated when she experienced unlawful employment discrimination in the States of Georgia, Idaho, and New York.

5. That Marcia L. Madden was employed on 9/28/98 as a nurse aide on a medical surgical unit at Community General Hospital pending successful completion of New York State Nurse Board examination and license to practice as a registered nurse. Nonetheless, in light of Ms. Maddens' circumstances, her nurse manager and co-workers often criticized her care of patients and performance of nurse aide duties.

6. That as a result of Ms. Maddens' withdrawal from staff and co-workers, she was

labeled as having a 'bad attitude' and received two counseling action forms, dated 11/24/98 and 01/21/99 regarding poor job performance.

7. That nurse manager, Linda Blair, was notified by Ms. Madden that she had successfully passed the State Boards examination on 12/20/98 and now desired to seek a registered nurse position and be transferred to another unit within the same facility.

8. Ms. Madden sought out the job bulletin board and interviewed for an advertised opening on the cardiac telemetry unit on 01/20/99.

9. That as a result of interview and job offer, Ms. Madden was terminated and discharged from Community General Hospital following receipt of second counseling action form on 01/21/99.

10. That on February 22, 1999, Marcia L. Madden initiated a complaint against Community General Hospital with the State Division of Human Rights in Syracuse, New York thereby requesting an investigation into an unlawful discrimination practice in violation of Article 15, Title VII; attached as Exhibit A.

## AS AND FOR A SECOND CAUSE OF ACTION

11. Marcia L. Madden repeats and realleges each and every allegation contained in paragraphs 1 through 10 as though more fully stated herein.

12. That in addition to civil rights violation, she also alleges medical malpractice, negligence and personal injuries while employed as a registered nurse in the Nurse Corps, Department of the Air Force/366th MDG/MHAFB Hospital located at 90 Hope Drive, Mountain Home AFB, Idaho 83648; Elmore County and as a civilian at the Atlanta VAMC/EEO.

13. Upon information and belief, she was inadequately and improperly treated on several

occasions for many physical ailments including a undiagnosed ear infection that went untreated for several months. In addition, while involuntarily separated from active duty Air Force and suffering from severe depression, stress/anxieties, back/headaches, and earaches/sore throat; Ms. Madden experienced a near-fatal automobile accident in the city of Boise, Idaho when she attempted to seek help from the VA Regional Office.

14. That as a civilian seeking treatment through the Department of Veterans Affairs/ Atlanta VAMC located at 1670 Clairmont Road, Atlanta, Georgia 30033; Dekalb County. Ms. Maddens' care again was compromised at the hands of federal employees (mental health care practitioner); thus experiencing another near-fatal automobile accident and at least two other automobile incidents related to adverse reactions (neuroleptic-induced oculogyric crises) of several prescribed psychotropic medications which altered her sensorium. Please see memorandum dated 10/25/05; attached as Exhibit B.

15. That due to federal employee negligence and provider (physician)compromise, lack of medical ethics, improper diagnoses and treatment, Ms. Madden was personally injured and also suffered property damages to automobile. Please see motor vehicle accident/collision reports dated 11/26/02, 09/08/04, and Gwinnett County Police Precinct/EMT paramedic incident report dated 06/01/04; attached as Exhibits C, D, E.

### AS AND FOR A THIRD CAUSE OF ACTION

16. Marcia L. Madden repeats and realleges each and every allegation contained in paragraphs 1 through 15 as though more fully stated herein.

17. That upon information and belief, Ms. Madden experienced abuse of authority and prejudicial treatment from several federal employees (Lt. Col. Lawrence A. Becker, Joyce

Shively, Mary S. Armour, Peter M. Young; Colonel Patricia C. Lewis; Major David M. Race, Cheryl Lyon, Kimberly G. Coltman, Katherine J. Reinecke; Captain Cheryl Gentile, Lisa A. Coburn, Dianne M. Stroble, Carlito L. Enriquez, Sean N. Bennett, Michael McGann, Brenda C. Cook, Joanne E. Murphy, Malee K. Sandborn; and Lieutenant Bobby D. Mitchell, Dale DeSalis

18. That Ms. Maddens' basic civil (legal/professional) and humane (patient/privacy) rights were grossly violated on several different occasions.

19. That as a result of mistreatment, Ms. Maddens' lack of sincerity and trust in co-worker's (both superior and inferior) was a direct result of the abuse of authority, prejudicial treatment, violation of privately shared information, and unlawful disclosure of confidential medical details contained in records.

20. That as a result of federal employee negligence (Dr. O'griofa Fionan; Dr. Matthew Conklin; Dr. Jennifer Blomquist; Dr. Tina A. McGuffey; and Dr. Michelle Barg; Mr. Thomas Badger/RMO; Ms. Yvonne Hutchinson/RMO; Ms. Chanda Harrison); Ms. Madden was improperly diagnosed and inadequately/ improperly treated, thereby resulting in personal injuries to plaintiff.

AS AND FOR A FOURTH CAUSE OF ACTION

21. Marcia L. Madden repeats and realleges each and every allegation contained in paragraphs 1 through 20 as though more fully stated herein.

22. Ms. Madden further alleges violation of basic civil, patient/privacy rights and defamation of character against AFMOA/SGZC located at 110 Luke Avenue, Bolling AFB, DC 20332-7050; and DoD OIG located at the Pentagon, Washington, D.C. 20091-0410.

23. That on March 08, 2002 a informational letter was signed by Colonel Michael W.

Spatz, sent to the National Council on State Boards of Nursing, and the New York State Board which contained inaccurate and damaging information regarding Ms. Maddens' care of patients and performance of nursing duties; attached Exhibit F.

24. That as a result of correspondence signed by Major Kimberly Robinson on 03/11/02 and forwarded to the 366 Medical Group Commander, Colonel William J. Gray, III, Ms. Madden was reported to the NCSBN and original state of licensure and permanently removed from patient care; attached as Exhibit G.

25. That as a result of these and other adverse actions directed by several government officials and commanders in the 366th Medical Operations Squadron including Patricia C. Lewis; Mary S. Armour; Joyce Shively; Kimberly Robinson; Ms. Madden was demoted and found not qualified for promotion to first lieutenant resulting in suspension and ultimate revocation of nursing privileges.

WHEREFORE, Marcia L. Madden demands judgment from the United States of America and its aboved named defendant (s) as follows:

1. In the first cause of action, that Marcia L. Madden be awarded a money judgment in the sum of $37,000,000.

2. In the second cause of action, that Marcia L. Madden be awarded a money judgment in the sum of $73,000,000.

3. In the third cause of action, that defendant (s) be required and directed to give a just and true/accurate account to Marcia L. Madden of all legal proceedings concerning her rights and eligibility to be employed as a registered nurse, proceed with legal and professional practice; and be fairly compensated, which, upon belief, exceeds all monetary values.

4. In the fourth cause of action, that Marcia L. Madden be awarded double punitive damages and/or $110,000,000.

5. Interest, costs and disbursements in this action.

6. Such other and further relief as to the Court may deem just and proper in the premises.

Dated: 13 March 2006

*Marcia L. Madden*

MARCIA L. MADDEN

Per Se Attorney

2951 Satellite Blvd., N. W. #331

Duluth, Georgia 30096-2332

VERIFICATION

STATE OF GEORGIA

COUNTY GWINNETT

Marcia L. Madden, being duly sworn, deposes and says:

Deponent is the plaintiff in the within action. Deponent has read the foregoing Verified Complaint and knows the contents thereof; and the same is true to Deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters Deponent believes it to be true.

The grounds of Deponent's belief as to all matters not stated upon Deponent's knowledge are documents in Deponent's files.

MARCIA L. MADDEN

Sworn to before me this

13th day of March, 2006

Notary Public