AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 06-0356

I, MARCIA LORRAINE MADDEN declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration    N/A
   Are you employed at the institution?  N/A   Do you receive any payment from the institution?  N/A

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
      N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      09/23/2006 / $24,681.74 before taxes / NurseFinders, Inc. 1701 E. Lamar, Suite 200, Arlington, TX 76006

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments       ☑ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☑ No
   f. Any other sources                                 ☐ Yes    ☑ No

   RECEIVED MAR 15 2006 NANCY MAYER WHITTINGTON, CLERK

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   d. $839.00 → $873.00 ACH Deposit (US Treasury) ? VA Benefit ? Length Unknown!

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☒ Yes  ☐ No

If "Yes," state the total amount.  USAA checkings/savings (overdrawn)?
Bank of America checkings (overdrawn)?

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

If "Yes," describe the property and state its value.

N/A.

→ Beneficiaries of Roth IRA + VGLI Insurance Accounts

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

- Mr. + Mrs Choasie Oneally + Vernal Oneally — Mother + Stepdad
- Mr. George Madden — Biological Father
- Ms. Denora Anderson — Sister; Christopher Oneally — Brother
- Ms. Joyce Campbell — Sister; Tristan Fraser — nephew; Jessica Lacon — niece
- Mrs. Tessa Oneally — Sister; Kevin Clare — nephew; Jerissa Lacon — niece
- Mrs. Susan Oneally — Sister; Sullivan Centle — nephew; Roy Lacon Jr. — nephew
- John Blueford, III — nephew
- Justin Blueford — nephew
- Tatyana Blueford — niece
- Damyon Ralon — nephew
- Matthew Ralon — nephew
- Lucius Ralon — nephew
- Alix Ralon — nephew

I declare under penalty of perjury that the above information is true and correct.

03-13-2006                Marcia F Madden
Date                       Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.