CO-386-online
10/03

# United States District Court
# For the District of Columbia

Marcia Lorraine Madden )
2951 Satellite Blvd., N. W. )
Apartment #331 )
Duluth, Georgia 30096-2332 )
)
                      Plaintiff )   Civil Action No. 06-0356-RBW
        VS )
)
United States of America (United States Attorney General (Honorable Alfred Gonzalez): 950 Pennsylvania Ave., )
N. W., Washington, D. C. 20530; United States Attorney for the District of Columbia: 555 4th Street, N. W., )
Washington, D. C. 20001; Department of the Air Force (SAF/GCO): 1140 Air Force Pentagon, Washington, D. C. )
20330-1140; Department of the Air Force (AFMOA/SGZC): 110 Luke Avenue, Bolling AFB, DC 20332-7050; )
Department of the Air Force (366th MDG/MHAFB Hospital): 90 Hope Drive, Mountain Home, Idaho 83648; )
Department of Veterans Affairs (Atlanta VAMC/William Thigpen): 1700 Clairmont Road, Decatur, GA )
30033-4032; Department of Veterans Affairs (EEOC/MSO): 801 Vermont Avenue, N. W., Washington, D. C. )
                 Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for    Marcia Lorraine Madden    certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of    federal and state government agencies    which have any outstanding securities in the hands of the public:

MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR AMENDMENT OF VERIFIED CIVIL COMPLAINT dated 24 Feb 2006........
I, Marcia L Madden, hereby request a motion to proceed in forma pauperis as a result of lack of income and limited finances to obtain an attorney and a process server. In addition, I hereby request a motion to amend and clarify the named defendants and addresses in my verified civil complaint dated 02/24/06. Furthermore, I have included eleven summons for each defendant (s) and five civil cover sheet (s) in this civil case. Thank you very much.

                           Respectfully submitted,
                           Marcia L. Madden

These representations are made in order that judges of this court may determine the need for recusal.

                           Attorney of Record
                           *Marcia L Madden* (signature)
                           Signature

N/A

BAR IDENTIFICATION NO.

MARCIA L. MADDEN, PER SE ATTORNEY
Print Name

2951 Satellite Blvd., NW #331
Address

Duluth      Georgia      30096-2332
City          State         Zip Code

H: 770-476-4858  C: 404-514-1655
Phone Number

RECEIVED
MAR 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT