**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARCIA LORRAINE MADDEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA (U.S. )<br>ATTORNEY GENERAL (HON. ALFRED )<br>GONZALEZ, U.S. ATTORNEY FOR THE )<br>DISTRICT OF COLUMBIA, DEPARTMENT )<br>OF THE AIR FORCE(SAF/IGO), DEPT. OF )<br>THE AIR FORCE (AFMOA/SGZC), DEPT. )<br>OF THE AIR FORCE (366TH MDG/MHAFB )<br>HOSPITAL), DEPARTMENT OF VETERANS )<br>AFFAIRS (ATLANTA VAMC/WILLIAM )<br>THIGPEN), DEPT. OF VET AFFAIRS )<br>(EEOC/MEO), COMMUNITY GENERAL )<br>HOSPITAL (DEPT. OF RISK MANAGEMENT), )<br>GRADY HEALTH SYSTEM (DEPT. OF RISK )<br>MANAGEMENT): 48th Armstrong Hall, 2nd Fl., )<br>80 Jesse Hill Drive, S.E., Atlanta, Georgia )<br>30303-3050,GEORGIA STATE ATTORNEY )<br>GENERAL'S OFFICE (HONORABLE )<br>THURBERT BAKER), NATIONAL COUNCIL )<br>OF STATE BOARDS OF NURSING, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE<br><br>NO. 06-356 RBW |

**MOTION TO DISMISS OF FULTON-DEKALB HOSPITAL AUTHORITY, D/B/A**
**GRADY HEALTH SYSTEM**

Pursuant to Federal Rule of Civil Procedure 12, Defendant Fulton-DeKalb Hospital Authority, d/b/a Grady Health System ("Grady Health") respectfully moves this Court for an Order dismissing Grady Health from this action on the following grounds:

-2-

(1) Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff has failed to state a claim upon which relief can be granted because Grady Health is not mentioned anywhere in the instant Complaint or as a party to any of Plaintiff's enumerated claims.

(2) Alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(2) Grady Health, which owns and operates a public hospital in Atlanta, Georgia, is not subject to personal jurisdiction in this District as Plaintiff has not alleged any facts to justify this Court's exercise of personal jurisdiction over Grady Health.

(3) Alternatively, pursuant to Federal Rule of Civil Procedure 12(b)(1) the Court lacks subject matter jurisdiction over Grady Health as Plaintiff and Grady Health are both citizens of Georgia and there is no diversity of citizenship.

In support of its Motion, Grady Health submits an accompanying Memorandum of Points and Authorities, to which it refers this Court setting forth the relevant allegations in the Complaint and controlling legal authority.

-3-

WHEREFORE, Grady Health requests that its Motion to Dismiss be granted and Proposed Order is attached.

Respectfully submitted this 9th day of May, 2006.

/s/ Robert C. Threlkeld
Robert C. Threlkeld
D.C. Bar No. 416563
Attorneys for Defendant Fulton-Dekalb Hospital
Authority, d/b/a Grady Health System

**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARCIA LORRAINE MADDEN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA (U.S.  )<br>ATTORNEY GENERAL (HON. ALFRED  )<br>GONZALEZ, U.S. ATTORNEY FOR THE  )<br>DISTRICT OF COLUMBIA, DEPARTMENT  )<br>OF THE AIR FORCE(SAF/IGO), DEPT. OF  )<br>THE AIR FORCE (AFMOA/SGZC), DEPT.  )<br>OF THE AIR FORCE (366TH MDG/MHAFB  )<br>HOSPITAL), DEPARTMENT OF VETERANS  )<br>AFFAIRS (ATLANTA VAMC/WILLIAM  )<br>THIGPEN), DEPT. OF VET AFFAIRS  )<br>(EEOC/MEO), COMMUNITY GENERAL  )<br>HOSPITAL (DEPT. OF RISK MANAGEMENT),  )<br>GRADY HEALTH SYSTEM (DEPT. OF RISK  )<br>MANAGEMENT): 48th Armstrong Hall, 2nd Fl.,  )<br>80 Jesse Hill Drive, S.E., Atlanta, Georgia  )<br>30303-3050,GEORGIA STATE ATTORNEY  )<br>GENERAL'S OFFICE (HONORABLE  )<br>THURBERT BAKER), NATIONAL COUNCIL  )<br>OF STATE BOARDS OF NURSING,  )<br>  )<br>  Defendants.  )<br>_____)  | CIVIL ACTION FILE<br><br>NO. 06-356 RBW |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a true and correct copy of the within and foregoing "Motion to Dismiss of Fulton-DeKalb Hospital Authority, d/b/a Grady Health System," upon:

        Marcia Lorraine Madden
        2951 Satellite Blvd., N.W. #331
        Duluth, Georgia 30096-2332
        (770) 476-4858

-5-

by having a copy of same mailed via the U.S. Mail, properly addressed and with postage prepaid.

This 9th day of May, 2006.

/s/ Robert C. Threlkeld
Robert C. Threlkeld

MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000