### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| vs. ) | |
| ) | NO. 06-356 RBW |
| UNITED STATES OF AMERICA (U.S. ) | |
| ATTORNEY GENERAL (HON. ALFRED ) | |
| GONZALEZ, U.S. ATTORNEY FOR THE ) | |
| DISTRICT OF COLUMBIA, DEPARTMENT ) | |
| OF THE AIR FORCE(SAF/IGO), DEPT. OF ) | |
| THE AIR FORCE (AFMOA/SGZC), DEPT. ) | |
| OF THE AIR FORCE (366TH MDG/MHAFB ) | |
| HOSPITAL), DEPARTMENT OF VETERANS ) | |
| AFFAIRS (ATLANTA VAMC/WILLIAM ) | |
| THIGPEN), DEPT. OF VET AFFAIRS ) | |
| (EEOC/MEO), COMMUNITY GENERAL ) | |
| HOSPITAL (DEPT. OF RISK MANAGEMENT), ) | |
| GRADY HEALTH SYSTEM (DEPT. OF RISK ) | |
| MANAGEMENT): 48th Armstrong Hall, 2nd Fl., ) | |
| 80 Jesse Hill Drive, S.E., Atlanta, Georgia ) | |
| 30303-3050,GEORGIA STATE ATTORNEY ) | |
| GENERAL'S OFFICE (HONORABLE ) | |
| THURBERT BAKER), NATIONAL COUNCIL ) | |
| OF STATE BOARDS OF NURSING, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### PROPOSED ORDER GRANTING MOTION TO DISMISS OF FULTON-DEKALB HOSPITAL AUTHORITY, D/B/A GRADY HEALTH SYSTEM

Upon consideration of the Motion to Dismiss of Defendant Fulton-DeKalb Hospital Authority, d/b/a Grady Health System ("Grady Health"), the Court having considered the Motion to Dismiss and supporting Memorandum of Points and Authorities of Grady Health, and the allegations on the face of the Complaint, hereby finds that Plaintiff has failed to state a claim upon which relief may be granted as to Grady Health.  Accordingly, the Court hereby GRANTS

-2-

the Motion to Dismiss of Grady Health, pursuant to Fed. R. Civ. P. 12(b)(6).  Additionally, the Court finds that Plaintiff has failed to allege a basis for the exercise of personal jurisdiction over Grady Health, or a basis for subject matter jurisdiction over Grady Health.  Accordingly, the Court further GRANTS the Motion to Dismiss of Grady Health pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(2).

     SO ORDERED this _____ day of May, 2006.

                                                 _____
                                               REGGIE B. WALTON, JUDGE
                                               UNITED STATES DISTRICT COURT
                                               FOR THE DISTRICT OF COLUMBIA