EEOC Form 16) (10/96)

U    EQUAL EMPLOYMENT OPPORTUNITY C____ MISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Marcia Lorraine Madden, RN, BSN
527 Oak St., Apt. #7
Syracuse, NY 13203

From:
Equal Employment Opportunity Commission
New York District Office
7 World Trade Center, 18th Floor
New York, New York 10048-1102

[  ]    On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-99-9568 | Legal Unit | (212) 748-8500 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[  ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[  ]    We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available 1 interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]    While reasonable efforts were made to locate you, we were not able to do so.

[  ]    You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[  ]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the informati obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. I finding is made as to any other issues that might be construed as having been raised by this charge.

[ X ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]    Other (briefly state) _____

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismiss and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in fede or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on th charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EP underpayment. This means that backpay due for any violations that occurred _more than 2 years (3 years)_ before you file suit may not I collectible.

On behalf of the Commission

_____    8/3/99

Spencer H. Lewis, Jr., District Director    (Date Mailed)

Enclosure(s)

cc:    Respondent(c): Community General Hospital
Personnel Director
4900 Broad St.
Syracuse, NY 13215