UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN,<br>2951 Satellite Blvd., N.W. #331,<br>Duluth, Georgia 30096-2332,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF VETERANS AFFAIRS,<br>COMMUNITY GENERAL HOSPITAL<br>(Dept. of Risk Management), GRADY<br>HEALTH SYSTEMS(Dept. of Risk Management),<br>GEORGIA STATES ATTORNEY GENERAL'S<br>OFFICE( Honorable Thurbert Baker), NATIONAL<br>COUNCIL OF STATE BOARDS OF<br>NURSING D.C.,<br>    Defendants. | Civil Action No. 06-0356 (RBW) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the federal government defendants in the above-captioned case, including the United States of America, United States Department of Veterans Affairs and the United States Air Force.

              Respectfully submitted,

              _____/s/_____
              PETER SMITH, D.C. Bar #465131
              Assistant United States Attorney
              United States Attorney's Office
              Civil Division
              555 4th Street, N.W.
              Washington, D.C. 20530
              (202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **17**[th] of **May**, 2006, a true and correct copy of the foregoing Praecipe was served upon pro se plaintiff, postage prepaid, addressed as follows:

MARCIA LORRAINE MADDEN
2951 Satellite Blvd., N.W. #331
Duluth, Georgia 30096-2332

 

PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372