# DEPARTMENT OF THE AIR FORCE
#### HEADQUARTERS AIR RESERVE PERSONNEL CENTER

7 July 2006

MEMORANDUM FOR Capt Kyle W. Little

FROM:  SMSgt Felicia C. Holly

SUBJECT:  Affidavit

1. My Audit of Marcia L Madden's UPRG has provided me with the data and documentation to prepare a brief listing of 2 LT Madden's service, duty stations to include MAJCOM and Component in which she served.

2. I have enclosed an entire copy of Marcia L. Madden's UPRG discharged at the National Personnel Record Center.

**Date of Reserve Appointment:**  10 Dec 99
**Oath of Office:**  10 Dec 99
**Inactive date:** 10 Dec 99 – 3 Jan 00
**Dates of Service:**  04 Jan 00 – 22 Oct 02
**Unit, Major Command and Address of unit to which Assigned:**  366 Medical Operation Squadron (ACC) Mountain Home AFB, ID 83648-1000
**Component:**  Active Duty
**Training:**  OTS, Gunter Annex, Montgomery AL (AETC) 5 Jan 00 – 2 Feb 00 and 3 days Medical Readiness Indoctrination course (MRIC)

Felicia C. Holly, SMSgt, USAF
Air Force Liaison/Record Manager, NPRC


GOVERNMENT
EXHIBIT
1