UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NUMBER: 06-356 RBW |
| ) | |
| UNITED STATES OF AMERICA (United States Attorney ) | |
| General-Honorable Alfred Gonzalez; United States ) | |
| Attorney for the District of Columbia; Department of the ) | |
| Air Force (SAF/IGO); Department of the Air Force ) | |
| (AFMOA/SGZC); Department of the Air Force ) | |
| (366th MDG/MHAFB Hospital); Department of Veterans ) | |
| Affairs (Atlanta/VAMC/William Thigpen); Department of ) | |
| Veterans Affairs (EEOC/MEO); Community General ) | |
| Hospital (Dept. of risk Management); Grady Health System ) | |
| (Dept. of Risk Management); Georgia State Attorney ) | |
| General's Office (Honorable Thurbert Baker); National ) | |
| Council of State Boards of Nursing ) | |
| ) | |
| Defendants ) | |

DECLARATION

I, GREGORY GIRARD, Colonel, USAF, declare as follows:

That I am currently assigned as Chief, Tort Claims and Litigation Division, Air Force Legal Operations Agency, United States Air Force. As such, I have the responsibility under the Air Force claims regulation for overseeing the administration of Air Force tort claims records.

Accordingly, I have caused a search to be made of Air Force tort claims records for the purpose of determining when a Standard Form 95, Claim for Damage, Injury, or Death, administrative tort claim was presented to the Air Force by MARCIA LORRAINE MADDEN, alleging personal injury from improper diagnoses, treatment and the cause of her automobile accident.

GOVERNMENT EXHIBIT 3

The search involved checking the Armed Forces Claims Information Management System (AFCIMS), which records all tort claims filed against the Air Force since October 1, 1994. Those records indicate MARCIA LORRAINE MADDEN's tort claim was mailed to Mountain Home Air Force Base, Idaho on February 23, 2006 by the Department of Veterans Affairs. Additionally, the search included contacting the legal office at Mountain Home AFB and representatives of that office confirmed they had received MARCIA LORRAINE MADDEN's tort claim from Department of Veterans Affairs on February 28, 2006, the date indicated in AFCIMS.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 20 day of June, 2006, at Arlington, Virginia.

GREGORY GIRARD, Colonel, USAF
Chief, Tort Claims & Litigation Division
Air Force Legal Operations Agency
1501 Wilson Blvd., Suite 835
Arlington, VA 22209-2403