UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN,<br><br>    Plaintiff,<br> v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF VETERANS AFFAIRS,<br>COMMUNITY GENERAL HOSPITAL<br>(Dept. of Risk Management), GRADY<br>HEALTH SYSTEMS(Dept. of Risk Management),<br>GEORGIA STATES ATTORNEY GENERAL'S<br>OFFICE( Honorable Thurbert Baker), NATIONAL<br>COUNCIL OF STATE BOARDS OF<br>NURSING D.C.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0356 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION OF Defendant's Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

 **ORDERED** that Defendant's Motion is **GRANTED**; and it is

 **FURTHER ORDERED** that Plaintiff's Complaint is dismissed.

            _____
            UNITED STATES DISTRICT JUDGE

Copies to:

MARCIA LORRAINE MADDEN,
2951 Satellite Blvd., N.W. #331,
Duluth, Georgia 30096-2332.

Counsel by ECF