2951 Satellite Blvd
Duluth, GA 30096-

I tried sending this to the National Council twice & it came back twice (???) — so I'm sending it twice to your office.

The President of NCSBO does not have an office here —

To: Illinois Department of Professional Regulation
JAMES R. Thompson Center
100 West Randolph
Suite #9-300
Chicago, IL 60601




Marcia Mauer
2951 Satellite Blvd
Duluth, GA 30096

To: National Council of State
Boards of Nursing President
Attn: G. Marion
676 N. St. Clair
Chicago, Illinois 60696

RETURN RECEIPT
REQUESTED

7006 0100 0000 3990 7433

U.S. POSTAGE PAID
DULUTH, GA
30096
APR 17 '06
AMOUNT
$5.60
00053484-17

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nat'l Council of
   Nursing [Order Expired]
   676 N. St Clair
   Chicago, Ill
   [61-2421]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 0100 0000 3990 7433

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**Marcia Lorraine Madden,**
    **Per Se Attorney (Plaintiff)**

vs
                          **June 21, 2006**

**United States of America, et al.**                  **No#06-356 RBW**
    **(Defendants)**

---

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2006, a copy of the summons in a civil case/return of service and complaint with supporting documentation was served—and mailed to the following recipients via U.S. certified, first class mail. I regards to defendant, National Council of State Boards of Nursing—I served a total of two times (4/17/06; 5/10/06) and service was returned. Please see the following attached documents <two return envelopes with documents>:

U. S. Attorney General (President/Secretary)
for District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

U.S. Attorney General (Alfred Gonzalez)
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Dept. of Veterans Affairs (EEO/MEO Pres. Secretary)
801 Vermont Ave., N.W.
Washington, D.C. 20420

Dept. of the Air Force (SAF/IGO)
1140 Air Force Pentagon
Washington, D.C., 20330-1140

Dept. of the Air Force (AFMOA/SGZC Secretary)
110 Luke Avenue
Washington, D.C. 20032-7050

Dept. of the Air Force (366 MDG/CC Pres. Secretary)
366 Gunfighter Avenue
90 Hope Drive
Mountain Home, Idaho 83648

Dept. of Veterans Affairs (Atlanta VAMC Regional Office)
William Thigpen
1700 Clairmont Road
Decatur, Georgia 30033-4032

GA State Attorney General Office (Thurbert Baker)
40 Capitol Square S.W.,
Atlanta, Georgia 30334

Grady Health System (Fulton-Dekalb Authority)
80 Jesse Hill Jr. Drive, S.E.
c/o: Dept of Risk Management/Legal Department (Pres./Legal Secretary)
48th Armstrong Hall, 2nd Floor
Atlanta, Georgia 30303-3050

Community General Hospital (Legal Secretary)
Dept. of Risk Management/Legal
4900 Broad Road—Onondaga Hill
Syracuse, New York 13215

National Council of State Boards of Nursing (President Secretary)
676 North St. Clair Street
Suite#550
Chicago, Illinois 60661-2921

Illinois Dept. of Professional Regulations (NCSBN President)
James R. Thompson Center
Suite#9-300
100 West Randolph St.
Chicago, Illinois 60601

*Marcia L Madden*

6/20/06