UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARCIA LORRAINE MADDEN,           )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Civil Action No.  06-356 (RBW)
                                  )
UNITED STATES, et al.,            )
                                  )
        Defendants.               )
_____)

### ORDER

On February 27. 2006, the plaintiff filed this action alleging, among other things, medical malpractice and negligence.  However, since filing the complaint, the plaintiff has made no effort to pursue prosecuting the above-captioned case as to defendants National Counsel of State Boards of Nursing or Thurbert Baker.  Accordingly, it is hereby the 1st day of August, 2006,

**ORDERED**, that the plaintiff shall show cause by August 25, 2006, why this case against these defendants should not be dismissed for want of prosecution.  Failure to respond to this order will result in the above captioned case being dismissed.

   **SO ORDERED.**


                                            REGGIE B. WALTON
                                            United States District Judge