```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **MARCIA LORRAINE MADDEN,** | |
|     **Plaintiff,** | |
|     v. | **Case No.** |
| **UNITED STATES OF AMERICA, et al.,** | **06-CV-0356 (RBW)** |
|     **Defendants.** | |

**MOTION TO DISMISS THURBERT BAKER,
STATE OF GEORGIA'S ATTORNEY GENERAL**

COMES NOW **Thurbert Baker**, Attorney General of the State of Georgia by special appearance without submitting himself to the jurisdiction of this Court or waiving proper service, in the above styled action, (hereafter "Defendant"), and respectfully moves to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(1),(2),(3),(5) and (6) on the basis of lack of personal jurisdiction; improper venue; failure to state a claim upon which relief can be granted; the Eleventh Amendment to the United States Constitutional; Sovereign Immunity and Plaintiff's failure to comply with Georgia Tort Claim Act. In support of this Motion, Defendant files the attached brief.

Respectfully submitted this 21[th] day of August 2006.

        THURBERT E. BAKER 033887
        **Attorney General**

        KATHLEEN M. PACIOUS 558555
        **Deputy Attorney General**

        JOHN C. JONES  401250
        **Sr. Asst. Attorney General**


        /s/Aaron B. Mason
        Georgia Bar No.  475524
        **Assistant Attorney General**
        Attorney for Defendant Thurbert
        Baker (State of Georgia's Office
        of the Attorney General)

Please Address All
Communications To:

**AARON MASON**
Assistant Attorney General
40 Capitol Square, S. W.
Atlanta, GA   30334-1300
Telephone: (404) 463-8850
Facsimile: (404) 651-5304
email: aaron.mason@law.state.ga.us

2