



**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**

4805 MT. HOPE DRIVE • BALTIMORE, MD 21215-3297 • (410) 358-8900

**KWEISI MFUME**
*President & Chief Executive Officer*

August 28, 2002

**JULIAN BOND**
*Chairman, Board of Directors*

Marcia Madden
Apt. B-201
750 South Fifth West
Mountain Home, ID 83647

Dear 2LT Madden:

As I stated in my telephone message left at your home number earlier today, I am forwarding the names of attorney specializing in military affairs that may be of assistance to you. Based on the information contained in your letter, I encourage you to seek legal assistance prior to the possible of discharge becoming a reality.

If I can be of more assistance, please advise.

Respectfully yours,

Jimmonique R.S. Rodgers
Assistant General Counsel