Exhibit #2

Fax # 205-324-3802
Pages Sent (2)

To: Mr. Victor Kelley, Attorney
c/o Gorham & Waldrep

Message: NAACP Letter dated 28 Aug '02 -
Personal & Confidential!
Please F/W to Attention of
Mr. Victor Kelley. Reply
Confirmation required upon
Receipt. Thank You!

FR: Marcia L. Madden
750 S. 5th W. St
Mountain Home Id 83647
(208) 587-5893

Sincerely,
Marcia L Madden



# GORHAM & WALDREP

Attorneys | Practice Areas | Firm Overview | Resource Links
Home



**Victor Kelley**
Gorham & Waldrep, P.C.
Suite 700
2101 6th Ave North
Birmingham, Alabama 35203-2761

### Communication Center

**Phone:** (205) 254-3216  **E-mail:** kelley@gorham-waldrep.com
(205) 251-9166

**Fax:** (205) 324-3802  **Web site:** http://www.gorham-waldrep.com/

---

Mr. Kelley is a retired military officer and former federal prosecutor. His concentration is exclusively military and criminal defense.

**Current Employment Positions:**
Shareholder

**Year Joined Organization:**
1991

**Areas Of Practice:**
Criminal Law
Military Law

**Litigation Percentage:**