*Exhibit #3*

# FELDESMAN, TUCKER, LEIFER, FIDELL & BANK LLP

About the Firm | Attorneys | Practice Areas | Publications | Recruiting

$1000 Retainer fee

## Attorneys

### Eugene R. Fidell
efidell@feldesmantucker.com



**Position**
Senior Partner

**Joined the Firm**
1984

**Law Degree**
Harvard Law School, LL.B.
1968

**Education**
Queens College, New York,
B.A. *cum laude*, 1965

**Practice Areas**

- Military Law
- Litigation
- Corporate & Business Law

**Specialized Areas**

Display attorneys

**Biography**
Eugene Fidell heads the firm's Military Practice Group. He is admitted to practice in the District of Columbia, Maryland, New York and Massachusetts. Mr. Fidell is a member of the American Law Institute, a Fellow of the American Bar Foundation and a founder of the National Institute of Military Justice.

**Professional Honors and Awards**
Alan Barth Service Award, ACLU of the National Capital Area, 1993; Judicial Award for Public Service, United States Court of Appeals for the Armed Forces, 1997; Visiting Lecturer, Yale Law School, 1993, 1998.

**Affiliations/Memberships**
American Law Institute; National Institute of Military Justice (founder)

**Publications/Speeches**
*Evolving Military Justice*, co-editor, Naval Institute Press, (June 2002); *Guide to the Rules of Practice and Procedure for the United States Court of Appeals for the Armed Forces* (9th ed. 2000); International Law and the Transportation of Plutonium and Spent Nuclear Fuel by Sea, 31 Int'l Law. No. 3 (1997); Federal Protection of Private Sector Health and Safety Whistleblowers, 2 Admin. L.J. 1 (1988).

# FELDESMAN, TUCKER, LEIFER, FIDELL & BANK LLP

About the Firm | Attorneys | Practice Areas | Publications | Recruiting

## Attorneys

**Matthew S. Freedus**
mfreedus@feldesmantucker.com

Position
Associate

Joined the Firm
2001

Law Degree
Albany Law School, J.D. *cum laude*, 1997. Albany Law Review, Member.

Education
Washington University, B.A. *cum laude*, 1993. Thesis: "Judicial Efficacy and Social Reform"

### Practice Areas

- Litigation
- Military Law
- Criminal Law
- Government Grants & Contracts

### Specialized Areas

Display attorneys

### Biography

Matthew S. Freedus joined the firm in 2001 after serving as a Navy criminal defense attorney from 1998 to 2001. Mr. Freedus practices in the areas of civil and criminal litigation, military law and government contracts, and is admitted to practice in New York and before the United States Court of Appeals for the Armed Forces.

While on active duty, Mr. Freedus handled several high profile cases and provided aggressive trial and appellate representation to service-members in criminal and administrative matters. In one of his cases, Mr. Freedus successfully defended Navy Cryptologist Daniel M. King against charges of espionage and mishandling classified information. During this case, Mr. Freedus won two pretrial writs of mandamus before federal appellate courts. With features on CBS 60 Minutes II, CNN, and the National Public Radio, this case received considerable notoriety and was even dubbed "The Next Wen Ho Lee" by The National Law Journal.

### Affiliations/Memberships

Member, New York State Bar Association; Member, American Bar Association; Member, National Association of Criminal Defense Lawyers; Member, The Justinian Society

### Publications/Speeches

Comment, A Cause of Action for Damages Under the State