## Mary A. Prebula, P.C.    Attorneys at Law

April 25, 2003

Ms. Marcia Madden
2951 Satellite Blvd.
# B331
Duluth, GA 30096

    Re:    Employment/Discrimination Matters-U.S. Air Force

Dear Ms. Madden:

    This will confirm the telephone discussion yesterday in which my staff informed you that the Firm will not be able to assist you in your legal matter; that the Firm does not represent you in your legal matter and we have not provided any legal advice. We have requested that you make arrangements to come in and pick up the copies of your documents and you have stated you will do so early next week.

    Please note that based upon the information provided it appears your claim is time barred; however, you should determine any deadlines or statutes of limitation regarding any claims you may have and bring suit within those limitations or you will be forever barred from seeking relief.

    I am sorry we are unable to assist you in this matter. The Firm, Mary A. Prebula, P.C. and I, do not represent your interests in this matter and will take no action on your behalf.

    We certainly wish you the best for the future.

    Yours very truly,

    *Mary A. Prebula*

    Mary A. Prebula
    MARY A. PREBULA, P.C.

MAP/grm
G:\Documents\ClientDev2003\DNRMadden042603.doc