# William E. Cassara

Attorney at Law

918 Hunting Horn Way • Evans, Georgia 30809
Bus: (706) 860-5769 • Fax: (706) 868-5022

*Practice Limited to Military Law*

September 15, 2003

Marcia L. Madden
2951 Satellite Blvd, NW
Apt. 331
Duluth, GA 30096

Dear Ms. Madden:

I received the packet and check you sent me. Frankly, I have only had the opportunity to take a quick glance at it. It is obvious to me that this case will require an exceptional amount of work, and require you to expend a large amount of money. I know that you are not in a position to do this, and the truth is neither am I. My caseload has increased to the level recently where I simply can not take on a case of this magnitude, and give it the attention it deserves.

As I will not be able to represent you, I am returning the materials you sent me, along with your check to me. I wish you luck as you attempt to pursue this matter.

Kindest Regards

William E. Cassara, Esquire
Attorney at Law

WEC/pc