**Exhibit # 6**

Dec 09, 2005          Meeting Time: 10:30 am.
Attorney Michael Robert Johnson → Arrived 10:40 am

Experience:   Retired → 2005   '68 UGA
30 yrs        Lt.Col. — 1975    '68 ROTC
                      + 28      '72 Commissioned as
                                '72 2LT Army Cadet
                                '75 Graduate Law School
                                     CPT ARMY

Medical Malpractice

I. Need A Medical Doctor to Describe + Document my medical symptoms and why they were caused by the VAMC. ← Letter from civilian M.D.
    4/14/04, 6/01/04                        — David Green
                                            — Frank Curr
    Statue of Limitations ~~2~~ 1 year      — neurologist
                                            — Psychologist/A
    VAMC
    Sovereign Immunity" → FTCA Claims

II. Settlement vs. trial by Jury

Chief Judge of the              | The Honorable Alfred Gonzalez
U.S. District Court             | US Attorney General
— District of Columbia          | US Dept of Justice/
— 333 Constitution Ave. NW      | Office of the Attorney
— Washington, DC 20001-2802     | General
                                | Washington, DC 2053

The Honorable Thurbert Baker
GA State Attorney General's office
Office of the Attorney General
40 Capitol Square SW
Atlanta, GA 30334

**Exhibit #6**

Next Appointment:
1/23/06
@ 11:45 a.m

*Exhibit 6*



# Johnson & Associates, P.C.
## Atlanta, GA

**Michael R. Johnson, Sr.**
**Attorney at Law**

Qualified by over 20 years professional experience in:

## Personal Injury/Workers' Compensation

- Personal Trial Litigation
- Prosecution and Defense
- Legal Consulting
- Criminal Law
- Client Relations
- Domestic Law
- Aviation and Transportation Law
- Military Justice



### Professional Experience

- Currently Doing Legal Assistance at Ft. McPherson SJA Office
- Judge Advocate and Trial Prosecutor, U.S. Army
  Rank of Lieutenant Colonel
- The Chief of Military Justice
  Ft. McPherson, Ft. Gillem, Ft. Buchanan - 1977 - 1979
- Assistant Legal Counsel, HQ U.S. Army Recruiting Command
  Ft. Sheridan, IL - 1975 - 1977
- Assistant Solicitor, State Court of Clarke County
  Athens, GA - 1975
- Investigator for Solicitor
  Athens, GA - 1973 - 1975
- Investigator for District Attorney - 1972



**Johnson & Associates, P.C.**
**Michael R. Johnson, Sr.**