# The Atlanta Journal-Constitution

Marcia Madden
2951 Satellite Blvd. No. 331
Duluth, GA 30096

Dear Marcia:

I apologize for the delay in getting back to you, but I have been traveling quite a bit of late and am just now able to respond.

After reviewing the documents you sent and going over the notes from our interview I am afraid that I do not see a story here for us. I do not believe that your allegations of discrimination in the military and at Grady Hospital are of sufficient magnitude as to warrant further investigation.

I am sorry this could not be a more favorable reply.

Regards,

Ron Martz

Exhibit #7