

## DEPARTMENT OF THE AIR FORCE
### AIR FORCE LEGAL SERVICES AGENCY (AFLSA)

06 MAR 2006

AFLSA/JACT
1501 Wilson Blvd., Ste 835
Arlington VA 22209-2403

Marcia Lorraine Madden
2951 Satellite Blvd N.W., Apt 331
Duluth, GA 30096-2332

Re: Your letter dated January 21, 2006

Dear Ms. Madden

The Torts Branch, Department of Justice, has forwarded to our attention your letter with the attachments addressed to the Attorney General and the Chief Judge, U.S. District Court. To the extent you wish to pursue a tort action for property and personal injury against the United States under the Federal Tort Claims Act, Title 28, United States Code, Sections 1346(a), 2671-2680, you must first present a proper administrative claim to the appropriate federal agency. The requirements for a proper claim are set forth in Section 2675(a) of the statute. For it to be a proper claim, it must include sufficient information for the agency to investigate the claim, a sum certain amount of damages, and must be signed by the claimant or his or her legal representative. To that end, attached to this letter are two Standard Forms 95 for this purpose. A letter that meets the above requirements will also suffice.

As it appears from your correspondence that you believe you have a cause of action against both the Department of the Air Force and the Department of Veterans Affairs, please forward an SF 95 or appropriate letter to the following addresses:

For the Air Force:

AFLSA/JACT
Claims & Tort Litigation Division
Air Force Legal Services Agency
1501 Wilson Boulevard, Room 835
Arlington, VA 22209-2407

Exhibit #8

For the Department of Veterans Affairs:

Mr. E. Douglas Bradshaw
Assistant General Counsel (Mail Code 021)
Department of Veterans Affairs
810 Vermont Avenue, N.W., Suite 1080
Washington DC, 10420

We are returning your correspondence to you, as it is not a proper claim. Please feel free to contact me directly should you have any questions regarding this letter. I can also be reached at (703) 696-9055.

Sincerely

HILDEGARDE CONTE PERLSTEIN
Chief, Medical Law Branch
Tort Claims & Litigation Division
Air Force Legal Services Agency

Attachments:
1. SF 95 (2 forms)
2. Your Letter w/Atchs