

U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

PJP:MJTouhey:rel
157-0-32-19 (VA)
157-0-32-14 (AF)

February 24, 2006

Mr. E. Douglas Bradshaw
Assistant General Counsel (Mail Code 021)
Department of Veterans Affairs
810 Vermont Avenue, N.W., Suite 1080
Washington, D.C. 20420

Col. R. Eric Rissling
Chief, United States Air Force
Claims and Tort Litigation Staff
Air Force Legal Services Agency / JACT
1501 Wilson Boulevard, Room 835
Arlington, Virginia 22209-2407

Re: Administrative Tort Claim of Marcia Lorraine Madden

Dear Counsel:

On January 30, 2006, the U.S. Department of Justice received the above-captioned administrative tort claim dated January 21, 2006. Because the claim arises out of the activities of the U.S. Department of Veterans Affairs and the U.S. Air Force, in accordance with 28 C.F.R. § 14.2(b)(1), I am forwarding the claim to your offices for appropriate action. Claimant has been advised of the referral and requested to direct all further communication regarding the claim to your offices.

Very truly yours,

Phyllis J. Pyles
Director, Torts Branch

Enclosure

cc: Ms. Marcia Lorraine Madden
2951 Satellite Boulevard, N.W.
Apt., #331
Duluth, GA 30096-2332

Exhibit # 9



U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

PJP:MJTouhey:rel
157-0-32-19 (VA)
157-0-32-14 (AF)

February 24, 2006

Ms. Marcia Lorraine Madden
2951 Satellite Boulevard, N.W.
Apt., #331
Duluth, GA 30096-2332

Re: Administrative Tort Claim of Marcia Lorraine Madden

Dear Ms. Madden:

This is in response to the administrative tort claim dated January 21, 2006, which you presented to the U.S. Department of Justice. The Department of Justice received your claim on January 30, 2006.

Pursuant to 28 C.F.R. § 14.2(b)(1), a claim must be presented to the federal agency whose activities gave rise to the claim. In this case, the appropriate agencies for evaluating the merits of your claim are the U.S. Department of Veterans Affairs and the U.S. Air Force. Accordingly, I am forwarding your claim to those agencies.

Please direct all further communication regarding your claim to the U.S. Department of Veterans Affairs and the U.S. Air Force at the addresses listed below.

Very truly yours,

Mary Jo Touhey
Trial Attorney

cc:

| Mr. E. Douglas Bradshaw<br>Assistant General Counsel (Mail Code 021)<br>Department of Veterans Affairs<br>810 Vermont Avenue, N.W., Suite 1080<br>Washington, D.C. 20420 | Col. R. Eric Rissling<br>Chief, United States Air Force<br>Claims and Tort Litigation Staff<br>Air Force Legal Services Agency / JACT<br>1501 Wilson Boulevard, Room 835<br>Arlington, Virginia 22209-2407 |
|---|---|