

**DEPARTMENT OF VETERANS AFFAIRS**
Office of Inspector General
PO Box 50410
Washington DC 20091-0410

In Reply Refer To: 53E/DR

February 7, 2006

Ms. Marcia Madden
2951 Satellite Blvd., NW, #331
Duluth, GA 30096

Dear Ms. Madden:

This will notify you that the VA Office of Inspector General (OIG) has closed Case Number **2006-00659-HL-0172**. As we advised you when we opened this case, our decision to close a Hotline case is final, and there are no appeal rights. Inquiries for release of the results are considered on a case-by-case basis in response to written and signed requests made pursuant to the Freedom of Information Act.

If you wish to obtain the results of this case, you may write to:

> Department of Veterans Affairs
> Office of Inspector General
> Operational Support Division (53B)
> 810 Vermont Avenue, NW
> Washington, DC 20420

If you request the results, please indicate the above OIG Case Number.

Sincerely,

CHRISTINA A. LAVINE
Director, Hotline Division

Exhibit #10