

# DEPARTMENT OF THE AIR FORCE
*OFFICE OF THE INSPECTOR GENERAL*
WASHINGTON, D.C.

OFFICE OF THE SECRETARY

SAF/IGQ  
1140 Air Force Pentagon  
Washington, DC 20330-1140

SEP 16 2002

2nd Lt Marcia L. Madden  
750 South 5th West Street  
Apartment B201  
Mountain Home, ID 83647

Dear Lieutenant Madden

    On behalf of the Secretary of the Air Force, I am writing concerning your request for an investigation into discrimination and abuse of authority allegations at the Mt Home AFB medical facility.

    The Air Force takes allegations of this nature very seriously. However, in this case, there have already been numerous investigations into these matters on your behalf. An allegation of an improper mental health evaluation referral and as well as further allegations of reprisal concerning denial of promotion to First Lieutenant were thoroughly and rigorously investigated by the IG and were found not to have merit. Additionally, a subsequent Military Equal Opportunity case focusing on discrimination was dismissed as unsubstantiated. The matters you cite in your letter have been fully addressed. We are unable to open an investigation on matters already investigated unless new evidence, not already examined, becomes available.

    Should you have new evidence or additional information that has not already been considered, we will insure the issue receives a comprehensive examination. Your point of contact is Lt Col Mark Bailey, SAF/IGQ.

Sincerely

JAMES N. WORTH, Colonel, USAF  
Director, Inquiries Directorate

cc:  
HAF/ES

*Exhibit #12*