

**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE
WASHINGTON, DC

5 September 2002

HQ USAF/JAG
1420 Air Force Pentagon
Washington, D.C. 20330

2Lt Marcia L. Madden
750 South 5th West St #B201
Mountain Home, ID 83647

Dear Lieutenant Madden

    This is in response to your letter to The Judge Advocate General requesting a Congressional investigation into what you believe to be unlawful racial discrimination against you and an abuse of authority by your superiors at Mountain Home Air Force Base. Your letter was referred to our office for review and reply to you.

    I have been informed that your commander has initiated a Not Qualified for Promotion (NQP) action against you that could result in discharge. The basis for the action was a credentials committee decision to terminate your privileges to practice nursing. While The Judge Advocate General does not initiate Congressional investigations, base authorities advise that the racial discrimination claim you made to the Military Equal Opportunity office was fully investigated and found to be without merit. When your case reaches this level, I can assure you that it will receive a thorough and unbiased review.

    While this reply is not what you hoped for, we trust this information is helpful to you.

Sincerely

HARLAN G. WILDER
Chief, General Law Division
Office of The Judge Advocate General

Exhibit # 23