HILLARY RODHAM CLINTON
NEW YORK
SENATOR

RUSSELL SENATE OFFICE BUILDING
SUITE 476
WASHINGTON, DC 20510-3204
202-224-4451

# United States Senate
WASHINGTON, DC 20510-3204

June 25, 2001

2nd Lt. Marcia Madden
750 S 5th West Street
Apt. #B201
Mountain Home, Idaho 83647

Dear 2nd Lt. Madden:

Thank you for contacting my office and requesting assistance with your allegations of unlawful discrimination by United States Air Force personnel. Enclosed you will find a copy of the Department of the Air Force response to my inquiry on your behalf.

I am pleased to have been able to help you. If I can be of assistance to you in the future, please do not hesitate to contact me again.

Sincerely yours,

Hillary Rodham Clinton

Hillary Rodham Clinton

HRC/rs-sl

Exhibit #14