**DEPARTMENT OF THE AIR FORCE**
WASHINGTON, DC

Office of the Secretary

June 15, 2001

The Honorable Hillary Rodham Clinton
United States Senator
780 3rd Avenue, Suite 2601
New York NY 10017-2024

Dear Senator Clinton

    This responds to your inquiry for Second Lieutenant Marcia L. Madden regarding her allegation of unlawful discrimination at the hospital at Mountain Home Air Force Base, Idaho.

    Officials in the Social Actions Branch in the Air Force Personnel Center (AFPC), Randolph Air Force Base, Texas, advise that Lieutenant Madden filed a formal complaint with the Military Equal Opportunity (MEO) Office at Mountain Home Air Force Base alleging discrimination based on her race and gender by personnel at the base hospital. The MEO office conducted a thorough clarification and none of the thirteen witnesses interviewed could substantiate the allegations. Lieutenant Madden also alleged discrimination based on her national origin by personnel at the hospital. However, she did not provide any specific allegations, such as dates, times, places and details of alleged discrimination, nor did she provide any witnesses the MEO office could be interview concerning the allegations. Due to this lack of information, the MEO Office was unable to open a formal case file for this allegation.

    As background information, the MEO Office formal complaint clarifications did reveal that Lieutenant Madden received different treatment than her peers. The disparate treatment, however, was a result of Lieutenant Madden's inability to complete her career field qualification training, despite numerous efforts by her squadron's leadership to assist her. Typically, qualification training lasts approximately 6 weeks. Lieutenant Madden failed to complete the training in more than 8 months. The Mountain Home Air Force Base wing commander conducted a thorough review of both of the aforementioned case files and found that the MEO office followed proper procedures in accordance with Air Force instructions while conducting their clarifications and found no evidence substantiating Lieutenant Madden's allegations.

    With respect to her allegation of an improper mental health evaluation, we forwarded your inquiry to the Air Combat Command Inspector General. They will conduct a complaint clarification into Lieutenant Madden's allegation and will respond directly to Lieutenant Madden with the results of their review.

    We trust this information is helpful.

Sincerely

MICHAEL K. GIBSON, Lt Col, USAF
Deputy Chief, Congressional Inquiry Division
Office of Legislative Liaison

Exhibit #15