NEW YORK
SENATOR

RUSSELL SENATE OFFICE BUILDING
SUITE 476
WASHINGTON, DC 20510-3204
202-224-4451

# United States Senate
WASHINGTON, DC 20510-3204

5/22/01

2 Lt. Marcia Madden
750 South 5th West Street
Apt. #B201
Mountain Home, ID 83647

Dear 2nd Lt. Madden:

Thank you for sharing your concerns with me. I appreciate your taking the time to bring this matter to my attention.

In an effort to be of assistance, I have brought the information you presented to the attention of the appropriate officials. I have requested a review of this matter and a written response from their office.

As soon as I have something further to report, I will contact you again.

Sincerely yours,

*Hillary Rodham Clinton*

Hillary Rodham Clinton

HRC/rs-jw

Exhibit #16