

United States Department of State

*Chief of Staff*

*Washington, D.C. 20520*

August 26, 2002

2d Lt Marcia L. Madden, USAF
750 South 5th West Street, # B201
Mountain Home, ID 83647

Dear Lieutenant Madden:

    Thank you for your recent letter asking Secretary of State Colin L. Powell for his assistance in your efforts to remain on active duty with the United States Air Force. The Secretary has asked me to respond to you on his behalf.

    Thank you for your service on behalf of America. Regrettably, as much as Secretary Powell appreciates your interest, he is not in a position to help. As you may be aware, neither the Secretary of State nor the Department of State has the authority to act on your request. Such matters are appropriately handled by the Department of Defense, specifically the Department of the United States Air Force.

    I see from your correspondence that you have also written to the USAF Judge Advocate General as well as others in your chain of command. They will be in the best position to offer you a proper assessment of any options that may exist for you. Good luck,

                                  Sincerely,

                                  Lawrence B. Wilkerson

Exhibit #17