Exhibit #78

05 April 2001

MEMORANDUM FOR 366 MEO

FROM: 2lt Marcia L. Madden

SUBJECT: Unlawful Discrimination

1. I am filing a complaint of unlawful discrimination based on race, national origin, and gender. This complaint is against MHAFB hospital and several individual officers such named (Capt. McGann, Capt. Enriquez, Lt. Stroble, Capt. Murphy, Capt. Sanborn). This discrimination or racism in the workplace has taken place in both a covert and overt manner. In addition, this has formed the basis for most of the accusations presented during my extended orientation period.
2. My complaint comes late but nonetheless is justified. Although the majority of my complaint has exceeded the 60 day window period; it has been an ongoing issue which has brought me to this point today. At first, I was skeptical and did not want to jeopardize my orientation period. I was concerned about tainting my now tainted career as a nurse in the Air Force.
3. This is still of great concern to me but I have already sacrificed too much by remaining silent to this injustice for too long. At this point, I have not successfully completed my orientation period...the reason for this, I feel is because I did not have a choice in being traded from one preceptor to the next (total of four) and all the tim having the well being poisoned against me.
4. I was given the opportunity to respond in writing but was never given the benefit of the doubt as it might have appeared. My concerns were never genuinely taken to heart or seriously for that matter—to cause an investigation to occur, which may have lead to the true root of the problem.
5. Well, I will no longer be a victim of such injustice and unlawful discrimination in the workplace. As a nurse, this has hindered my ability to practice in a caring and non-biased environment. Because I was treated differently due to my race and national origin, my growth and progress has been stunted. I refuse to be labeled as incompetent. I have obtained the same level of education and should be allowed the same clinical privileges and practice as any other young nurse.
6. I will now begin to list some instances of discriminatory comments and actions:

**Capt. McGann**
(+) prejudicial statements
- "I was expecting a white, female with curly blonde hair and wirey-framed glasses...based on hearing your voice over the telephone".
- "there are certain areas that you should not go to...they have white hate groups, esp. in northern Idaho, Coller de'Adelene. Pocatello is another area to stay away from".

(+) discriminatory actions
- As my sponsor, Capt. McGann made himself available to me a total of one time after my initial arrival to the base.
- It was impossible to get a hold of him when I needed assistance. When I informed him and his supervisor about the fact that he was not helpful to me, he became

irate—Capt. McGann ordered me not to call his house number anymore if I did not get him at the office. This was after I was given permission to call but told him that I had left several messages on his home answering service without no responses for weeks. It was not until the next time I saw him at work and had to ask his assistance or direct my concerns/questions in person. It was rare for me to get a direct answer to my questions. I was frequently put off by him and referred to someone else.

- "Shielded and protected Lt. Stroble…by informing her during a meeting re: letter of counseling…that she did not have to answer the questions that I asked of her in order to shed some light on the issue that I had been disrespectful to her."
- Capt. McGann unfairly issued me a letter of counseling for being disrespectful to a superior officer which became a matter of my permanent record.
- Capt. McGann did not get involved or assist me in any of my concerns as they related to my preceptors in supervisory role.

**Notes from March 2000**

1. On 05 feb'00, I arrived at approximately 1426 in Boise, Idaho from OTS in Montgomery, Alabama. At approximately 1500, I was driving to my first duty station in Mountain Home, Idaho accompanied by my sponsor. Capt. McGann met me with a blanked expression and our meeting was not warm or heartfelt. In fact, when I arrived at the arrival gate, I had to have him paged over the intercom. When I began to walk back to my initial starting point, Capt. McGann was seated with a reservist whom he introduced me as one of ours.

2. After we said goodbye to the Reservist, Capt. McGann and I began to exit the Boise Air terminal. I asked Capt. McGann if he was having a hard time finding me because there was nothing to go by…no description of myself when we spoke. It was then that he made this offensive and discriminatory comment to me…Capt. McGann's exact words to me was, "from talking to you on the phone, I thought that you were a white female with long, curly blonde hair and wirey framed glasses". I was stunned by that comment and all I could do was nod politely and remain silent. I had also thought in my mind that a person should never say everything that he/she was thinking. Now, we had made our way to Capt. McGann's jeep and was driving to Mountain Home Air Force Base after he had made that initial comment.

3. It was during the drive that Capt. McGann made some more comments that made me very uncomfortable with him. He asked me if I was familiar with this part of the country…i.e. did I know that there were white-hate groups in these parts, like ku-klux klanners. He stated that in certain parts of the state…that I should avoid…was way up north Idaho, Coller d'Alene and also Pocatello." These two areas stuck in my mind like glue and then I was praying that we were no where close, I just wanted to get to the base safely…I immediately felt a mistrust in my heart for Capt. McGann (he would never had been able to tell though how uncomfortable I was to be in that vehicle with him as he continued to speak about these areas). I secretly prayed in my heart that I was closer to the Air force Base after passing numerous desert roads with no end in sight—it seemed like and it felt that way. This initial mistrust made me feel as if Capt. McGann did not really have my best interest at heart, so I began thinking that he would drive out to some unfamiliar area or remote area that I did not know as this was my first trip to the West Coast and that feeling was not comforting. Eventually, we did reach the MHAFB.

4. **Capt.Enriquez (Jokes inappropriately with enlisted members)**
(+)Discriminatory comments
- Made several remarks about blacks and immigrants who immigrated to this U.S. on boats (not ships).
- Frequent and blatant disregard over personal and cultural differences.
- Confront (I had to remind Capt. Enriquez and the enlisted guys many times that I have been in this country for over 15 years).
- Inappropriate and offensive comments about blacks who lived in high crime areas and committed crimes. i.e. NYC and NJ
- Sterotypical attitude of blacks-claims that he is from New Jersey and understands the similarity between most to NYC people.
- i.e."car-jacking people in broad daylight and robbing people who are visiting out of towners if they went to certain neighborhoods."
- "speaking on how blacks deserve to die at the hands of white cops if they committed a crime and should have been dealt worst"…re: incidence that was televised in the news—police shooting involving blacks". Made several discriminatory comments on several occassions on the job during my orientation period.
- Confront (I had to frequently say that…"you know, everyone (all blacks) is not like that and does not need to be put in a category. I also stated that although I am from NYC, I did not witness a lot of those crimes that are on the headline new".
- Capt. Enriquez also made comments about mass transportation in NYC (how poorer people had to take trains or buses because they did not have a car and even if they did, there was no parking spaces because the city was overcrowded anyway).
- Although I could relate to this last fact because I was one of those millions of people who depended on public transportation on a daily basis. I did not own a car while living in NYC.
- I did find this statement and like his other comments very offensive!
- However, Capt. Enriquez would defend himself when I confronted him on these issues when they were said in my presence, by claiming that he is from NJ. Thus, he was justified in making such offensive comments because NJ was similar to NYC ; even if you were not from a nice neighborhood. Thus, he felt that I should back him up and agree with him on what he was saying instead of be offended by it.
- Capt. Enriquez, like others would frequently say "you're just a kid Lt. Madden" as if I did not understand the life of a grown-up.
- Although, Capt. Enriquez is not a native-born of the United States himself. Even if he is a minority, he does not consider himself one by the way he behaves and jokes about other cultures.
- For example, it may be his way to keep another race submissive by his actions…
- He prevented me from doing a lot during my orientation period and when he did allow me to take charge close to the end of my orientation period with him. From the numerous amounts of times I verbalized to him that he should allow me the hands-on experience that I needed, he may have gotten tired hearing it. And yes, I did already watch him do a task more than three times and longer if he felt that I needed.
- For example, if I was not allowed to start patient IV's and was allowed to try on very rare occasions and maybe was not successful at it; I would then re-iterate that

practice makes perfect but not always if you don't get continued and constant hands-on training in doing hard ones as well as the easy ones.
- I felt that Capt. Enriquez also overwhelmed my efforts to take charge and work with the male enlisted members on our shift. He would frequently tell me not to give any orders to the enlisted members and to try and do things on my own, which I agree with but even when I was, he did not recognize that sometimes I had the need to ask for help. Another reason, I felt for the prejudicial feelings was not only because I was a black female but also my age…since most of the enlisted guys I worked with at the time were much older in respect to me.
- When I did what he asked, I would still feel overwhelmed about not been good enough to work amongst them because he constantly prevented me from doing a task that he felt I did not know how to do.
- He would remind me that I need to watch and observe himself as well as the enlisted members since they were more knowledgeable at doing a number of these nursing procedures more so than I.
- I did not mind learning from Capt. Enriquez or the enlisted members, however, it did become very tiring and I became frustrated about being put off in so many instances yet still being expected to learn through pure observation and no hands-on experience.
- Capt. Enriquez was very domineering and like others always wanted to get the credit for what I did right and not wrong that day. That was the only time that I ever received any praise from him but he more frequently than ever asked me to stand back and watch him perform a task because that is how he has always preferred to orient new nurses.
- Capt. Enriquez, also under the orders of Capt. McGann ordered me not to answer the ER telephone lines, as I may have said something inappropriate.

**Lt. Stroble**
- (+) Overtly (covertly) discriminated against me by…raising buttocks in my face several times and on numerous occasions when I was seated in the nurses' station and treatment room.
- Claimed that there was lack of space in these areas and that I imagined all the times that she did this to me—when I confronted her about this—her mannerisms towards me!
- (+) ?retaliation?—informed Capt. McGann that I was disrespectful towards her in the ER nurses station in front of witnesses (enlisted members and patients).
- "Letter of counseling" was issued to me by Capt. McGann
- (+) stated that 'we had a "black omen" amongst us' after I predicted that I had the feeling that our ambulance may suddenly stall on us on our way back from a patient transport in Boise and then as predicted, it happened. (Refer to personal notes).
- Some positives about Lt. Stroble:
- Very self-fulfilliing and self-promoting for herself (i.e.—writes letters of recognition for enlisted members and to nurses who help out in the ER)
- Some negatives about Lt. Stroble:
- Like Capt. Enriquez, she has told me to just watch her plenty of times without giving me the hands on experience that I needed.

- Documented things about me without first confronting me (i.e. that I wore a hair accessory in my hair outside of AF regs—informed supervisor—brought me the letter and showed me the AF regs pertaining to that.
- Has also made errors in IV blood draws. On occasion, has attempted 3 times to start IV on pts.—needed assistance to from enlisted members when unsuccessful.
- Have questioned doctor's orders also and had confrontation in the workplace. (i.e. Incident involving a civilian –Dr.Hycke's order or routine—there was tension between the two that shift).

**Capt. Murphy**
- Does not tolerate well being wrong or second-guessed…however, you put it she would rather ensure that the other person becomes the scapegoat for her.
- Eg. As in the situation where Capt. Murphy blames me for the teenager who was diabetic and not well-controlled post.-op on the family care unit.
- Will get her superiors to back her up readily based solely on her opinions and judgements of others.
- Eg. She judged my character over and over again and claimed that being a graduate of SU (Syracuse University), I should be a to smarter or more well-educated. Also claimed that I was incompetent and did not know basic nursing skills.
- Stated that I should get out of the military and that I was not suited for nursing in general (think about a career change).
- Continued to put me down in that regards as to my education and training and current level of knowledge.
- Additional negatives that I noted about Capt. Murphy:
- I tried at least once or twice to correct her on a certain topic related to the neonatal resuscitation or pediatrics advanced life support course and she did not take well to my informing her of the correct answer—she thought that I was wrong. I suppose she later went and looked up the answer and found it to be correct.
- Like many others, she portrays a jealous streak—wants to do what I am doing or do it better. (i.e. I frequently go to the gym in order to stay fit and healthy for myself).
- Capt.. Murphy attends the cycling class because I believe that she is on the mandatory weight control program. However, I have noted that she likes to snack daily on those foods that we call "comfort" or fatty foods. Note: In general, many nurses do this because we like to replenish our energy level on our working shifts.
- She also appears to have some issues with being perfect and living up to the image.

**Capt. Sandborn**
- Has an aggressive personality and/or becomes very stern and loud when questioned, corrected, etc.
- Becomes hostile in tone and composition when she is not sure or simply does not know when asked something.
- For example, she became loud and aggressive towards the nurse manager (Maj. Coltman) in regards to a issue concerning her ( Capt. Sanborn) not responding to ER technicians call for assistance on a shift—this information was reported to Maj. Coltman and that is why she questioned Capt. Sanborn about it. Regarding this incident, I noted the tension between the nurse manager and Capt. Sanborn for at least a week or two after the confrontation took place.

- Capt. Sanborn was also short with me a couple of times, whenever, I questioned or asked for more information during my orientation-learning period with her (i.e. lab results and patient care)
- Capt Sanborn also seemed unwilling to teach me, as the task was passed on to her without my knowledge until she had returned from her TDY. Capt. Murphy decided that she no longer wanted to work with me—maybe because of her part-time school schedule but most likely because I would not accept what she (Capt. Murphy) was saying about me and passing judgements that I was not a competent and safe nurse and that I was not suitable for the nursing profession.
- Capt. Sanborn, who was good friends with Capt. Murphy began to say the same thing to me and in the exact same way. Thus, I knew that it was an opinion shared by the two.
- Capt. Sandborn was also experiencing some personal home/family issues. I believe that her husband left her and decided that he could not continue to be Mr. Mom of the family and that it was time for him to pursue his own goals and dreams. He was going to begin working in the computer field. Thus, her husband moved out and Capt. Sanborn was left to travel back and forth to babysitter. She had to take a personal time of during the orientation period.

In conclusion, I feel that I was discriminated against based on race, national origin and gender at other times in the ER work environment. I noted on my work schedule, the frequent numbers of times, it was inconsistently changed. I had legitimate times scheduled in for training and others classes within the hospital and on the base. However, I was constantly being sent home early even when they really needed the help of another nurse or body for that matter to assist with patient care. I was willing to help but I felt that they didn't think I was a valuable asset to the team.

Marcia L. Madden, 2LT, USAF, NC
Clinical Nurse