April 20, 2001

Colin L. Powell
U.S. Secretary of State
2201 C. Street NW, Rm#7226
Washington, D.C. 20520

FROM: 2LT MARCIA L. MADDEN
750 South 5th West Street #B201
Mountain Home, Idaho 83647

SUBJECT: Unlawful Discrimination

Dear Secretary Powell:

1. I am writing to request a congressional investigation of the MHAFB hospital in Mountain Home, Idaho. I am a second lieutenant on active duty in the USAF, NC. This is my first duty station. My country of birth is Jamaica, West Indies. I am a naturalized U.S. citizen and a legal resident of New York State for over 15 years.

2. As a black female nurse, I have experienced unlawful discrimination based on my race, gender, and national origin. This has greatly impacted my work performance and created a hostile environment in which I practice. My success in the United States Air Force is based upon honesty, integrity, and excellence in all that I do. However, in order to uphold these values, I have to speak up and out about the injustices that I have experienced.

3. I would like you to assist me in improving the system. This includes the orientation period that I underwent myself, as a black female nurse in the United States Air Force. I was treated unfairly and unequally. For example, there were numerous documentation and false accusations compiled against me. I was ordered to undergo a mental health evaluation by the medical operations commander. Although, she has the power and authority to do this, I believe that it was not done in my best interest. Why were my earlier concerns not in her best interest and the interest of others? Why were they not addressed and investigated when I first brought it to the attention of the alleged offenders and their superiors?

4. I was treated differently than other white staff members not only in the manner of work but in the manner of being. This has hindered my progress here at the Mountain Home Air Force Base Hospital. Discrimination as you know, is not only unlawful and unjust but also very harmful to one's career and livelihood.

5. My concern, as a result of this injustice, is that my career as an Air Force nurse has been jeopardized. I may suffer the consequences in my attempt at future job employment in the Air Force or in the civilian sector. Not only has my name been slandered through the numerous rumors that have traveled through the grapevine here at the Air Force Base but may also follow me wherever I go. However, I have upheld my values and kept my head up in light of all the darkness that has overshadowed me.

6. I am currently faced with the possibility of having my clinical privileges revoked and notification of this action submitted to Air Force Medical Operations agency and also appropriate civilian regulatory agencies. In addition, I am in the process of appealing an officer performance report, which will affect my promotion date this fiscal year (July 2001). Furthermore, I have submitted a formal complaint of unlawful discrimination. I would like to have my tainted record cleared, a fair and unbiased re-evaluation of my work performance

7. Secretary Powell, I need your help in reviewing my case. If you are aware of these and other injustices against people like myself then it may be possible to prevent them. I have recently purchased your best-selling autobiography, My American Journey, at the suggestion of a friend. I was made aware that you have experienced similar struggles along the road to your success. Thus, I write this letter to you in hopes that I may overcome my battles just as you have. I would like to continue to serve my country in truth, justice, and equality for all men and women.

Sincerely,

*Marcia L. Madden*

Marcia L. Madden, 2LT, USAF, NC