31 Oct '01

MEMORANDUM FOR NEW YORK STATE EDUCATION DEPARTMENT

FROM:  Marcia L. Madden, RN
        LIC: 504216

SUBJECT:  Professional License Renewal

1. I currently hold a license to practice nursing in New York State.  I am employed by the United States Air Force, Nurse Corps.  At the present time, I am stationed at Mountain Home AFB Hospital.
- Address:  90 Hope Drive, Bldg. # 6000
              Mountain Home, ID 83648

2. I have been the subject of racial discrimination and unfair treatment in the workplace since my initial arrival here in Mountain Home, which had impacted and limited my performance and practice at the base hospital.

3. In addition, I have been subjected to having the medical group commander recommend my permanent removal from all patient care duties.  This is the result of my unsuccessful completion of orientation to Air Force Nursing.

4. Furthermore, I have recently been issued a claim of fraudulent enlistment due to recruitment errors on my application.  Although, I was completely honest in the entire process and provided appropriate documentation, I may be officially charged with this claim.

5. Thus, I am working with an Air Force Defense counsel to appeal these issues for the reinstatement of my privileges.

6. I would like to maintain a current license to practice nursing in the State of New York, my permanent state of residency.  I do not want to lose my profession or my livelihood if I choose to voluntarily resign from the Air Force, Nurse Corps.

7. I am uncertain how long the appeal process will last but I will be able to provide additional documentation and information upon completion of the process.  Please allow me to renew my licensure to practice nursing for future job opportunities.

8. If there are any questions or if you can assist me, please call home at (208) 587-5893.

Marcia L. Madden, Lt., USAF, NC
366th Medical Operations Squadron