Exhibit #22



# DEPARTMENT OF THE AIR FORCE
### 366TH AEROMEDICAL-DENTAL SQUADRON (ACC)
### MOUNTAIN HOME AIR FORCE BASE, IDAHO

August 12, 2002

MEMORANDUM FOR SAF/DR. JAMES G. ROCHE

FROM:  2LT MARCIA L. MADDEN
   750 South 5th West St. #B201
   Mountain Home, ID 83647

SUBJECT:  Unlawful Discrimination and Abuse of Authority

1. I would like to request a congressional investigation by the office of the Secretary of Air Force in a civil rights violation matter involving myself and the MHAFB hospital. This matter involves the unlawful racial discrimination and abuse of authority that I have endured in my work setting and military environment. I have been struggling with the issue for over two years and all of my attempts to bring this to the attention of the proper authorities have all been in vain. Now, I desire the additional assistance in bringing this injustice to light because I have suffered for far too long in silence.

2. Secretary Roche, I wish to inform you of the injustice, suffering, and pain that I have endured as a direct result of some service members (active duty men and women, alike). I am saddened by the fact that I am mistrustful of many as a result of the continued assault on my character and enduring this mistreatment all the time without being heard. I presently live in a state of despair because my career in the Air Force has been jeopardized as a result of discrimination against my race, gender, and national origin in the work setting/environment. In the great effort to paint a picture of incompetence and inferiority in me, a hostile work environment was created where success was impossible. This greatly impacted on my work performances and in what I could and could not do as a equal member and being. Furthermore, I have been used and abused by several different authority figures in the United States Air Force.

3. I am a second lieutenant on active duty in the USAF. I have not been promoted to the rank of first lieutenant and am now faced with the possibility of discharge from the military. I am presently stationed at MHAFB in Idaho since 2000. This has been my first duty station following successful completion of officer training school. I first experienced discrimination/prejudice from the mouth of my sponsor when I arrived in Idaho and was being escorted to the base by the assigned sponsor/supervisor. The offensive comments and remarks did not end there but continued during the orientation period. I was treated differently from the other staff members not only in work situations but also in mannerisms. This type of discriminatory and prejudicial treatment hindered my progress during my initial training and has never ceased. I further experienced more

and more abuse from higher authority figures who did not want to hear my side of the story and thus documented what became a compilation of paperwork evidence against myself. Untruths were even reported and documentation continued to in the real attempt to destroy my livelihood and break me down in spirits.

4. Secretary Roche, my position as a 28 year old black female nurse (naturalized American/Jamaican by birth) has been undermined in many ways. Nonetheless, in my many attempts to uphold the truths of the Air Force core values…integrity first, then service before self, and excellence in all that I do; I have suffered grave injustices as a result practicing what I was taught. I wish to reiterate that we have a prevailing matter of and problem with unlawful discrimination in our Air Force service that has become very destructive, harmful, and stressing to the lives of individuals who chose to serve their country and uphold justice.

5. Discrimination as you know, is not only unlawful and unjust but can become very harmful to one's career and livelihood. I never dreamt that life in the United States Air Force would come to this…become a threat to one's very existence and health. I have always thought of myself as ambitious, hardworking, honest, and strong. If I had been a weak individual, I would not have made it this far. Many times along the way, I could have given up but that is not in my nature to do so. I have been living in such a state of despair with no one to trust and/or turn to except that I have continued to trust in GOD for guidance and strength to go on. Consequently, this nightmarish test of my courage and endurance has only made me stronger and wiser.

6. I would like your assistance in improving the system and or bringing this to the attention of the President and other officials who guard our civil and human rights. We must all fight every day to uphold human rights and justice. As the September 11th event has shown us all, we must continue to fight to protect those who become innocent targets at the hands of enemies at home and abroad. I do not want to suffer in silence any longer and I don't want anyone else to go through what I have I been through. My concern, as a result of this injustice that I have suffered is that my career as an Air Force nurse has been jeopardized. All the way up the chain of command, the documents appear to speak louder of assumptions and errors rather than true facts. Additionally, my case brought to the MEO's attention was dismissed following a brief investigation. Not only has my name been slandered through the military grapevine but this nightmare may follow me wherever I go. In addition, if I am discharged from the military, this will influence my being hired by prospective employers and job opportunities in my career field.

7. At the present time I am faced with the real possibility of discharge without recognition for my time on active duty service. I did not think it would come to this but the injustices that I have suffered should not go unnoticed by myself and/or others. I volunteered my service to this country, not only to say thanks and give back to a nation that has educated me but to set the example and be a role model for other minorities who are ambitious, hardworking, and have integrity. We should all be equal and unified in times of peace as well as war.

8. Secretary Roche, would you please allow me the opportunity to honorably serve my country and complete my service time as I have pledged to do when I took the oath of office.

9. Sir, you are my last line of defense and whatever you decide, I pray that you will take all necessary and corrective actions to improve the human morale of the United States Air Force. Not only for myself but others like myself who continue to suffer as a result of the few majority who choose to cloud the judgement of others and are contradictory in their teachings of Air Force core values and learning excellence.

10. It is not enough to say that we are all free and have certain inalienable rights if individuals like myself are not protected by the law of the land once we speak up against such violations of our civil rights. Thank you very much for your time, effort, and consideration in the matter.

Marcia L. Madden, 2Lt, USAF

Cc:
1 - Colin L. Powell (mm)
2 - HQ ACC
3 - USAF JAG/Major General Thomas J. Fiscus
4 - HQ AFPC/DPPPO
    IN-TURN