Recorder's Court of Gwinnett County
115 Stone Mountain Street
Lawrenceville, GA 30045
(770) 619-6100

Number: 57404                          02-10-06     11:40 am

From: DEFENDANT:  M MADDEN
      2931 SHUNCK RD #331
      DULUTH, GA 30096

      CREDIT CARD


      20 06-00009844
      MADDEN, M

      40% Fine = $140.00                $140.00
                                 -----------------
                    File Total:         $140.00

      LISAG