

USAA FEDERAL SAVINGS BANK
10750 McDermott Freeway
San Antonio, TX 78288-0544

8/1/2006

MARCIA L MADDEN
2951 SATELLITE BLVD
APT 331
DULUTH, GA            30096-2332

RE: Loan Number: 23885486                    CERTIFIED MAIL AND REGULAR MAIL

Dear MARCIA L MADDEN,

By reason of default in the payments of your account with us, we have repossessed your 2002 TOYOTA CAMRY LE, Vin: JTDBE30K620005106 (The Vehicle). The bank has exercised it's option to accelerate the maturity of the unpaid balance of your note. As of this date, the amount due is $5816.02. Unless you pay the amount due under your contract within -1 days after the date of this letter, the vehicle will be sold at a public sale. You may call our office at 1-800-531-2265, extension 37429, for the exact amount you must pay and to request a written explanation of how we have figured the amount that you owe us.

We will sell the collateral by public sale on or after 8/1/2006 at the repossession agency identified below. Bids will be accepted at the agency. You may also claim any persoanal items left in the vehicle at the time it was repossessed at this location.

3D VEHICLE RECOVERY
2196 STEPHENS ST
TUCKER, GA  30084
770-965-7696

The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

This notice is being sent to the following other people who have an interest in the 2002 TOYOTA CAMRY LE or who owe money under your agreement:

Please call our office at 1-800-531-2265, extension 37429 if you need any additional information regarding this notice.

Sincerely,

Brian Spruiell
Consumer Loans Collections
USAA Federal Savings Bank

**THIS CORRESPONDENCE IS AN ATTEMPT TO COLLECT A CONSUMER DEBT.**

USAA Federal Savings Bank - 10750 McDermott Freeway - San Antonio, Texas  78288-0596 - (800) 531-2265 - (210) 443-6194 - FDIC Insured