UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
**MARCIA LORRAINE MADDEN,**           )
                                       )
                 Plaintiff,            )   Civil Action No.:
                                       )   06-0356 (RBW)
          v.                           )
                                       )
**UNITED STATES OF AMERICA** (U.S. Attorney General-Hon. )
Alberto Gonzalez): 950 Pennsylvania Ave., N.W., Washington, )
D.C. 20530; U.S. Attorney for the District of Columbia: 555 4th )
St., Washington, D.C. 20001; Department of the Air Force (SAF/ )
IGO): 1140 Air Force Pentagon, Washington, D.C. 20330-1140; )
Dept. of the Air Force (AFMOA/SGZC): 110 Luke Avenue, )
Bolling AFB, DC 20332-7050; Dept. of the Air Force (366th )
MDG/MHAFB Hospital): 90 Hope Drive, Mountain Home, Idaho )
83648; Department of Veterans Affairs (Atlanta VAMC/William )
Thigpen): 1700 Clairmont Road, Decatur, GA 30033-4032; Dept. )
of Veterans Affairs (EEOC/MEO): 801 Vermont Avenue, N.W., )
Washington, D.C. 20420; Community General Hospital (Dept. of )
Risk Management): 4900 Broad Street, Syracuse, NY 13215; )
Grady Health System (Dept of Risk Management): 48th Armstrong )
Hall, 2nd Fl., 80 Jesse Hill Drive, S.E., Atlanta, GA 30303-3050; )
Georgia State Attorney General's Office (Honorable Thurbert )
Baker 40 Capitol Square S.W., Atlanta, GA 30334; National )
Council of State Boards of Nursing: 676 North St. Clair Street, )
Suite 550, Chicago, Illinois 60661-2921                )
                                       )
                 Defendants.           )   August 7, 2006
---------------------------------------------------------------X

## ORDER

Upon Pondering the Matter of Pro se Plaintiff's Motion for Judgment on the

Pleading, Request for Admission & Strike Defendant's Motion to Dismiss with sworn

affidavits and Memorandums of actual events, documented records, and factual reports;

this Court finds in favor of the Plaintiff. So, hereby, **ORDERED,** on this _____ day of

_____, 2006.

...
...

Judgment on the pleading is **GRANTED**, and it is **FURTHER ORDERED** that Pro se Plaintiff's Civil Litigation be awarded.

_____
United States District Judge

Cc:
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
UNITED STATES ATTORNEY GENERAL'S OFFICE
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

DEPARTMENT OF VETERANS AFFAIRS (EEO/MEO Secretary)
801 Vermont Ave., N.W.
Washington, D.C. 20420

DEPARTMENT OF THE AIR FORCE (SAF/IGO)
1140 Air Force Pentagon
Washington, D.C. 20330-1140

DEPARTMENT OF THE AIR FORCE (AFMOA/SGZC Secretary)
110 Luke Avenue
Washington, D.C. 20032-7500

GEORGIA ATTORNEY GENERAL'S OFFICE
40 Capitol Square, S.W.
Atlanta, Georgia 30334

NATIONAL COUNCIL OF STATE BOARDS OF NURSING (Secretary)
676 North St. Clair Street
Chicago, Illinois 60661-2921

COMMUNITY GENERAL HOSPITAL (Secretary)
Department of Risk Management/Legal Department
4900 Broad Road—Onondaga Hill
Syracuse, New York 13215