9.26.06

MEMORANDUM FOR: United States District Court for the District of Columbia, Department of Justice, Department of Veterans Affairs, Department of Air Force, Georgia State Attorney General's Office, et. al.

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FR: MARCIA L. MADDEN, Pro se Attorney/Litigant/Plaintiff
CASE # 06356-RBW

 I, Marcia L. Madden, hereby withhold all proceedings and request for Motion to finalize and/or end my case against the United States of America, et. al.

 The reason for my request to dismiss any further actions against myself and/or the United States of America is due to my poor health status at the present time. I would like to request a pardon for my sins and the sins of the world. My life and future happiness is more precious than anything. I have been abused, neglected, and used far more than I can remember and my worst dreams have come to light.

 There is only one thing that I desire now more than anything and that is to pursue my hope for the future, love, and peace. Thus, if I cannot have that I do not want anything else in this world.

 Thank you very much for the consideration, effort, and time involving my case.

As Always,
Marcia L. Madden