UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0356 (RBW) |

### NOTICE CONCERNING PLAINTIFF'S MOTION TO FINALIZE OR END CASE, DOCUMENT NO. 21

Pro se Plaintiff Marcia L. Madden brings this lawsuit alleging, inter alia, that the United States Air Force and the United States Department of Veterans Affairs acted negligently with respect to her medical care and committed other alleged torts against her including defamation. Am. Compl. On October 3, 2006, the Clerk's Office entered in the docket a filing from Plaintiff styled a "Motion to Finalize or End Case," Document No. 21. In that "Motion," Plaintiff appears to be withdrawing her lawsuit. Since no party has answered the Amended Complaint, but instead the parties have moved to dismiss it, the Court can, and should, treat Plaintiff's filing as a voluntary dismissal under Fed. R. Civ. P. 41(a) ("an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment").

          Respectfully submitted,

            s/Jeffrey A. Taylor
          JEFFREY A. TAYLOR, D.C. BAR # 498610
          Interim United States Attorney

            s/Peter S. Smith
          PETER S. SMITH, D.C. BAR # 465131
          Assistant United States Attorney

United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3$^{d}$ of October, 2006, a true and correct copy of the foregoing Notice was served upon pro se plaintiff by United States mail, postage prepaid, addressed as follows:

> MARCIA LORRAINE MADDEN
> 2951 Satellite Blvd., N.W. #331
> Duluth, Georgia 30096-2332

_____s/Peter Smith_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
