IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA (U.S. )<br>ATTORNEY GENERAL (HON. ALFRED )<br>GONZALEZ, U.S. ATTORNEY FOR THE )<br>DISTRICT OF COLUMBIA, DEPARTMENT )<br>OF THE AIR FORCE(SAF/IGO), DEPT. OF )<br>THE AIR FORCE (AFMOA/SGZC), DEPT. )<br>OF THE AIR FORCE (366th MDG/MHAFB )<br>HOSPITAL), DEPARTMENT OF VETERANS )<br>AFFAIRS (ATLANTA VAMC/WILLIAM )<br>THIGPEN), DEPT. OF VET AFFAIRS )<br>(EEOC/MEO), COMMUNITY GENERAL )<br>HOSPITAL (DEPT. OF RISK MANAGEMENT),)<br>GRADY HEALTH SYSTEM (DEPT. OF RISK )<br>MANAGEMENT): 48th Armstrong Hall, 2nd Fl., )<br>80 Jesse Hill Drive, S.E., Atlanta, Georgia )<br>30303-3050,GEORGIA STATE ATTORNEY )<br>GENERAL'S OFFICE (HONORABLE )<br>THURBERT BAKER), NATIONAL COUNCIL )<br>OF STATE BOARDS OF NURSING, )<br>)<br>   Defendants. )<br>_____ ) | CIVIL ACTION FILE<br><br>NO. 06-356 RBW |

**CONSENT OF FULTON-DEKALB HOSPITAL AUTHORITY
TO VOLUNTARY DISMISSAL**

Comes Now Fulton-Dekalb Hospital Authority, d/b/a Grady Health System ("Grady"), and files this its Consent to Plaintiff's Voluntary Dismissal pursuant to Fed. R. Civ. P. 41 (a). In support thereof, Grady states as follows:

#1556868

-2-

(1)     On September 28, 2006, Plaintiff filed a Motion to Finalize this case. A fair reading of Plaintiff's Pro Se Motion is that Plaintiff seeks the voluntary dismissal of this case, because in Plaintiff's opinion the relief that she seeks is unavailable pursuant to a judicial process.

(2)     To Grady's knowledge, no party has answered the Complaint or filed a Motion for Summary Judgment, but have instead moved to dismiss it on various Rule 12(b) grounds. As such, the Complaint may be dismissed voluntarily without consent pursuant to Fed. R. Civ. P. 41(a).

(3)     To the extent that consent is required however, also pursuant to Fed. R. Civ. P. 41(a), Grady consents to the voluntary dismissal without prejudice.

Respectfully submitted this 6th day of October, 2006.

/s/  Robert C. Threlkeld
Robert C. Threlkeld
D.C. Bar No. 416563
Attorneys for Defendant Fulton-Dekalb Hospital
Authority, d/b/a Grady Health System

**MORRIS, MANNING & MARTIN LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone:  (404) 233-7000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA LORRAINE MADDEN,           ) | |
|                                               ) | |
|     Plaintiff,           ) | |
|                                               ) | CIVIL ACTION FILE |
| vs.           ) | |
|                                               ) | NO. 06-356 RBW |
| UNITED STATES OF AMERICA (U.S. ATTORNEY GENERAL (HON. ALFRED GONZALEZ, U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA, DEPARTMENT OF THE AIR FORCE(SAF/IGO), DEPT. OF THE AIR FORCE (AFMOA/SGZC), DEPT. OF THE AIR FORCE (366th MDG/MHAFB HOSPITAL), DEPARTMENT OF VETERANS AFFAIRS (ATLANTA VAMC/WILLIAM THIGPEN), DEPT. OF VET AFFAIRS (EEOC/MEO), COMMUNITY GENERAL HOSPITAL (DEPT. OF RISK MANAGEMENT), GRADY HEALTH SYSTEM (DEPT. OF RISK MANAGEMENT): 48th Armstrong Hall, 2nd Fl., 80 Jesse Hill Drive, S.E., Atlanta, Georgia 30303-3050,GEORGIA STATE ATTORNEY GENERAL'S OFFICE (HONORABLE THURBERT BAKER), NATIONAL COUNCIL OF STATE BOARDS OF NURSING,           ) | |
|     Defendants.           ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing "Consent of Fulton-DeKalb Hospital Authority to Voluntary Dismissal" upon:

        Marcia Lorraine Madden
        2951 Satellite Blvd., N.W. #331
        Duluth, Georgia 30096-2332
        (770) 476-4858

-4-

by having a copy of same mailed via the U.S. Mail, properly addressed and with postage prepaid.

This 6th day of October, 2006.

/s/  Robert C. Threlkeld
Robert C. Threlkeld


MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
(404) 233-7000