UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARCIA LORRAINE MADDEN,           )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Civil Action No. 06-356 (RBW)
                                  )
UNITED STATES, et al.,            )
                                  )
    Defendants.                   )
_____)

### ORDER

This matter is before the Court on the plaintiff's Motion To Finalize and/or End The Case filed on September 29, 2006. The plaintiff filed an Amended Complaint on March 15, 2006. Since none of the defendants have answered the Amended Complaint, but instead some have moved to dismiss the Amended Complaint, pursuant to Fed. R. Civ. P. 41(a), the Court shall treat the plaintiff's filing as a voluntary dismissal. Fed. R. Civ. P. 41(a) provides that "an action may be dismissed by the plaintiff without order of court (1) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment...." Accordingly, it is hereby this 6th day of October, 2006,

**ORDERED** that upon consideration of the plaintiff's motion, the plaintiff's present action against all of the defendants is dismissed without prejudice. It is further

**ORDERED** that all pending motions are denied as moot.

**SO ORDERED.**

                                                Reggie B. Walton
                                                United States District Judge